| | |
|---|---|
| Brian Audette | The Honorable:   TIMOTHY A. BARNES |
| Perkins Coie LLP | Chapter   7 |
| 131 South Dearborn St | Location:   219 S. Dearborn, Courtroom 613, Chicago, IL |
| Ste. 1700 | Hearing Date:   08/27/2014 |
| Chicago, IL  60603-5559 | Hearing Time:   10:30am |
| (312) 324-8534 | Response Date:   / / |
| Chapter 7 Trustee | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: AUGUSTE, SANDY                 §    Case No. 13-13562
                                      §
                                      §
Debtor(s)                             §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>Brian Audette</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street, 7th Floor
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 08/27/2014 in Courtroom 613, United States Courthouse,
219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  08/04/2014            By:  Brian A. Audette
                                              Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Brian Audette | The Honorable: | TIMOTHY A. BARNES |
| Perkins Coie LLP | Chapter 7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 613, Chicago, IL |
| Ste. 1700 | Hearing Date: | 08/27/2014 |
| Chicago, IL 60603-5559 | Hearing Time: | 10:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: AUGUSTE, SANDY § Case No. 13-13562
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 3,000.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 3,000.00 |
| **Balance on hand:** | $ 3,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 750.00 | 0.00 | 750.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 750.00 |
| Remaining balance: | $ 2,250.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,250.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,250.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,823.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,066.40 | 0.00 | 401.38 |
| 2 | FIA CARD SERVICES, N.A. | 8,651.25 | 0.00 | 383.00 |
| 3 | Capital One Bank (USA), N.A. | 6,145.57 | 0.00 | 272.07 |
| 4 | Citibank, N.A. | 14,972.85 | 0.00 | 662.86 |
| 5 | eCAST Settlement Corporation, assignee | 11,987.44 | 0.00 | 530.69 |

Total to be paid for timely general unsecured claims: $ 2,250.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $         0.00
Remaining balance:                                       $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $         0.00
Remaining balance:                         $         0.00

Prepared By: /s/Brian Audette
                     Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-13562-TAB
Sandy Auguste                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez           Page 1 of 1            Date Rcvd: Aug 05, 2014
                              Form ID: pdf006           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2014.
```
db          +Sandy Auguste,    7623 S. Luella,    Chicago, IL 60649-4107
20272404    +Bank of America,    Acct#: 0865,    Po Box 851001,    Dallas, TX 75285-1001
20272405    +Capital One,    Acct#: 7508,    PO Box 6492,    Carol Stream, IL 60197-6492
20701139     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
              Charlotte, NC 28272-1083
20272406     Chase,    Acct#: 4019,    PO Box 15153,    Wilmington, DE 19886-5153
20272407     Citi Bank,    Acct#: 5338,    Processing Center,    Des Moines, IA 50363-2200
20272408     Citi Bank,    Acct#: 5626,    Processing Center,    Des Moines, IA 50363-2200
20272409    +Citi Bank,    Acct#: 8738,    Po Box 790110,    Saint Louis, MO 63179-0110
20272410    +Citibank,    Acct#: 8746,    PO Box 790110,    Saint Louis, MO 63179-0110
20694407    +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
20272414     The Home Depot,    Acct#: 2737,    Processing Center,    Des Moines, IA 50364-0500
20272415     Travel Advantage Network,    Acct#: 4829,    PO Box 64220,    Baltimore, MD 21264-4220
20877892     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20782034     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 06 2014 01:34:23     Citibank, N.A.,
              c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK 73124-8840
20596610     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 06 2014 01:34:18     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
20272411    +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 06 2014 01:34:18     Discover Financial Sevices,
              Acct#: 0209,   Po Box 6103,   Carol Stream, IL 60197-6103
20272412    +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 06 2014 01:34:18     Discover Financial Sevices,
              Acct#: 3359,   Po Box 6103,   Carol Stream, IL 60197-6103
20272413     E-mail/Text: mmrgbk@miramedrg.com Aug 06 2014 01:31:00     Miramed Revenue Group,   Acct#: 5962,
              991 Oak Creek Dr,   Lombard, IL 60148-6408
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2014 at the address(es) listed below:
```
              Beth A Lehman    on behalf of Debtor Sandy  Auguste blehman@lehmanfox.com
              Brian Audette    baudette@perkinscoie.com, IL32@ecfcbis.com
              Horace Fox, JR    on behalf of Debtor Sandy  Auguste foxhorace@aol.com, mmedina@lehmanfox.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```